PHILLIP A. TALBERT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATES OF ARKANSAS, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, *ex rel.,* Tammie Stutz, Pharm.D., and Tammie Stutz, individually,<br><br>                          Plaintiff,<br><br>         v.<br><br>EXPRESS SCRIPTS HOLDING COMPANY and EXPRESS SCRIPTS, INC.,<br><br>                          Defendants. | CASE NO.  2:18-CV-2887 JAM EFB<br><br>ORDER ON ELECTION TO DECLINE INTERVENTION BY THE UNITED STATES AND PLAINTIFF STATES |

The United States and States of Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Virginia, and Washington, and the District of Columbia (collectively, "Plaintiff States") having notified the Court of their respective decisions not to intervene in

this action, the Court hereby orders as follows:

    (1)    Relator may maintain the action in the name of the United States and the Plaintiff States;

    (2)    In accordance with the terms of the Maryland False Health Claims Act, Md. Code Ann., Health Gen, § 2-604 (a)(7), the State of Maryland having declined to intervene in this matter, all claims asserted on behalf of Maryland are hereby dismissed without prejudice;

    (3)    In the event that should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States and Plaintiff States with notice and an opportunity to be heard before ruling or granting its approval;

    (4)    All pleadings filed and orders issued by the Court in this action shall be served upon the United States and Plaintiff States;

    (5)    The United States and Plaintiff States shall reserve their right to order any deposition transcripts, to request a stay of discovery, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim; and

    (6)    The United States and Plaintiff states shall be served with all pleadings filed in this action, orders entered by the Court, and all notices of appeal.

The relator's Complaint, the Notice of Declination, and this Order shall be unsealed. All other papers on file in this action shall remain under seal.

IT IS SO ORDERED.

DATED: April 15, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE